IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEREK MAURICE PARKS, SR.                                             PLAINTIFF
ADC #128186

V.                                    NO.  4:08CV00380 JMM

CHARLES SIMS                                                          DEFENDANT

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint, with prejudice.  The Court certifies, pursuant to 28 U.S.C.

§ 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered

thereunder, would not be taken in good faith.

IT IS SO ORDERED this 20th day of May, 2008.


_____
UNITED STATES DISTRICT JUDGE